In the Matter of Martin D. Kelley, Appellant, v Marilyn A. Kelley, Respondent. (Appeal No. 1.) [801 NYS2d 194]—Appeal from an order of the Family Court, Onondaga County (Martha Walsh Hood, J.), entered May 28, 2004 in a proceeding pursuant to Family Court Act article 4. The order denied petitioner's objections to an order of the Support Magistrate dated February 6, 2004.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Scudder, J.P., Martoche, Pine and Hayes, JJ.